FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00415-CR

Terrill Carl **ADAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2102-CR-A
Honorable W.C. Kirkendall, Judge Presiding

## **O R D E R**

  Extension of time to file the court reporter's record is this date NOTED. Time is extended to November 2, 2015.

                 **PER CURIAM**

ATTESTED TO: _____
       KEITH E. HOTTLE
       CLERK OF COURT

cc: Heather McMinn         Gregory Sherwood
25th Judicial District Attorney     Attorney at Law
211 W. Court St., Suite 260      P.O. Box 200613
Seguin, TX 78155         Austin, TX 78720